**Order entered February 23, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00755-CV

## SAM C. TAMBORELLO, Appellant

## V.

## TOWN OF HIGHLAND PARK, TEXAS, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-06613

## ORDER

The clerk's record in this appeal has not been filed because appellant has not paid the fee to have it prepared. Before the Court is appellant's February 11, 2021 letter to the Court explaining he has not paid the fee because a dispute exists over the documents that should be included. Appellant requests he be allowed to "direct" what items to include to ensure the record does not contain any unnecessary documents.

We note Texas Rule of Appellate Procedure 34.5(a) specifies the items to be included in the clerk's record absent an agreed designation by the parties. *See* TEX. R. APP. P. 34.5(a). We further note, however, after reviewing the notice of appeal and attached order being appealed, that it appears no final judgment has been entered and we may not have jurisdiction over the appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (subject to mostly statutory exceptions, appeal may be taken only from final judgment). Accordingly, so that we may determine our jurisdiction, we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than March 5, 2021, a supplemental clerk's record containing a copy of (1) appellant's and The Town of Highland Park's live pleadings, (2) the trial court's November 7, 2019 order granting Highland Park's Rule 91a motion to dismiss, (3) any order severing appellant's claims against Highland Park from the other parties, (4) any final judgment, and (5) the trial court's docket sheet/case summary. If any of the requested documents do not exist or cannot be located, Ms. Pitre shall state so in writing.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE